**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

JESSE WAYNE MARLER,             )
                                )
        Plaintiff,              )
                                )
v.                              )        Case No. CIV-26-1790-R
                                )
OKC FEDERAL TRANSFER            )
CENTER,                         )
                                )
        Defendants.             )

**ORDER**

Plaintiff, proceeding pro se, initiated this action by filing a document that lists the titles of various causes of action without any supporting factual allegations. Federal Rule of Civil Procedure 8(a)(2) requires a pleading to contain "a short and plain statement of the claim showing that the pleader is entitled to relief." This standard does not require 'detailed factual allegations,' but it demands more than an unadorned, the-defendant-unlawfully-harmed-me accusation." *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) (quoting the *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 555 (2007). "[C]onclusory allegations without supporting factual averments are insufficient to state a claim on which relief can be based." *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).

Plaintiff's pleading, even when afforded a liberal construction, does not meet these standards. Accordingly, this action is dismissed without prejudice.

IT IS SO ORDERED this 16th day of July, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE